UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RICHARD WAYNE ARNOLD,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Petitioner,　　　　　　　　)　　Case No. 1:05-cv-395
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　Honorable Wendell A. Miles
　　　　　　　　　　　　　　　　　　)
STATE OF MICHIGAN et al.,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Respondent.　　　　　　　)
_____)

**JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief be DISMISSED without prejudice pursuant to Rule 4 of the Rules Governing § 2254 Cases for failure to exhaust his state-court remedies.

**IT IS FURTHER ORDERED** that a certificate of appealability is DENIED because a reasonable jurist could not conclude either that the district court erred in dismissing the petition for failure to exhaust or that the petitioner should be allowed to proceed further.

Dated: <u>July 19, 2005</u>　　　　　　　　　　　　　　／s/ Wendell A. Miles
　　　　　　　　　　　　　　　　　　　　　　　　Wendell A. Miles
　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge